# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00797-CV

**Martha McDonald, Appellant**

**v.**

**U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank, National Association, as Trustee for Mill Creek Bank Inc. Trust Series 2003-1, Appellees**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT NO. CV35,938, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Martha McDonald has filed a motion to dismiss this appeal. We grant her motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: March 20, 2014